1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

JASON JOHN FUHR,

        Defendant.

Case No. CR05-391RSM

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Ricardo S. Martinez, United States District Judge:

This matter comes before the Court on plaintiff's Motion for Reconsideration of the Court's Order re: Child Support (Dkt. #859).  Having reviewed the motion and attached exhibits, the State's petition and the remainder of the record, the Motion for Reconsideration is GRANTED.  The Court's January 9, 2007 Order granting the State of Washington's petition for forfeited cash for child support payment is STRICKEN (Dkt. #854).  Counsel for the government shall submit a proposed briefing schedule on the State's petition in this matter and on a similar petition filed in USA v. COREY ALLEN BROWN, CR05-391RSM (Dkt. #771), no later than July 31, 2007.  After both matters are fully briefed, the Court will schedule a consolidated ancillary hearing on the petitions pursuant to Title 21, United States Code, Section 853(n).

DATED this 20th day of July, 2007.

BRUCE RIFKIN, Clerk

By /s/ Lowell Williams
      Deputy Clerk

MINUTE ORDER